# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

David J. Clemens

                      Plaintiff,

v.                                                         Case No.: 1:14–cv–10338
                                                                 Honorable Charles P. Kocoras

PNC Mortgage, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 26, 2015:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held on 2/26/2015. Plaintiff's counsel did not appear. Fact discovery ordered closed by 5/28/2015. Status hearing set for 5/28/2015 at 09:30 AM. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.